```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 27308
   DONALD SWISHER
   DENISE SWISHER                             CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8898      SSN XXX-XX-0734
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/23/04 and confirmed on 10/22/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28887.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED | 7500.00 | 813.74 | 7500.00 |
| WELLS FARGO FINANCIAL AC | SECURED | 8200.00 | 1044.56 | 8200.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4265.54 | .00 | 4265.54 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7689.26 | .00 | 768.93 |
| AT&T MOBILITY LLC | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL RECOVERY SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CASH FLOW | UNSECURED | NOT FILED | .00 | .00 |
| CASH FLOW | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL FINANCIAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL FINANCIAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| KASPER HENTON & WRIGHT M | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FCB | UNSECURED | 143.00 | .00 | 14.30 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTOMOTIVE FINANCE | UNSECURED | 10605.08 | .00 | 1060.51 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 3270.05 | .00 | 327.01 |
| NYS HIGHER ED SERVICES C | UNSECURED | 2369.27 | .00 | 236.93 |
| ECMC | FILED LATE | .00 | .00 | .00 |
| NYS HIGHER ED SERVICES C | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SUBURBAN CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO LAKESHORE MED AS | UNSECURED | NOT FILED | .00 | .00 |

```
QUEST DIAGNOSTICS          UNSECURED       NOT FILED           .00          .00
RISK MANAGEMENT ALT INC    UNSECURED       NOT FILED           .00          .00
RISK MANAGEMENT ALT INC    UNSECURED       NOT FILED           .00          .00
RUSH COPLEY MEDICAL CENT   UNSECURED       NOT FILED           .00          .00
TELECOM USA                UNSECURED       NOT FILED           .00          .00
CREDIT BUREAU ENTERPRISE   UNSECURED       NOT FILED           .00          .00
THE SWISS COLONY           UNSECURED          248.93           .00        24.89
TRANS WORLD SYSTEMS        UNSECURED       NOT FILED           .00          .00
STATE OF FLORIDA           UNSECURED       NOT FILED           .00          .00
VERIZON                    UNSECURED       NOT FILED           .00          .00
KEISER COLLEGE             UNSECURED       NOT FILED           .00          .00
TRIAD FINANCIAL CORP       UNSECURED         3172.78           .00       317.28
WELLS FARGO FINANCIAL AC   UNSECURED         1840.13           .00       184.01
FLORIDA DEPT OF EDUCATIO   UNSECURED         7653.70           .00       765.37
CAPITAL ONE FINANCIAL      FILED LATE            .00           .00          .00
CAPITAL ONE FINANCIAL      FILED LATE            .00           .00          .00
FORD MOTOR CREDIT          UNSECURED         5066.95           .00       506.70
```

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
TOTAL CLMS ALLOWED   15700.00     4265.54     42059.15        .00      62024.69
PRINCIPAL PAID       15700.00     4265.54      4205.93        .00      24171.47
INTEREST PAID         1858.30         .00          .00        .00       1858.30
TOTAL PAID           17558.30     4265.54      4205.93        .00      26029.77
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3750.00 and was paid $   2194.80   direct and $   1555.20   through the plan.

The Trustee received $   1301.61 .

Refunds to the Debtor totaled $       .42 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

PAGE  3
CASE NO. 04 B 27308 DONALD SWISHER & DENISE SWISHER